NUMBER 13-09-00404-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

TERRI HANCOCK, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 410th District Court


of Montgomery County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza 


Memorandum Opinion Per Curiam



 Appellant, Terri Hancock, by and through her attorney, has filed a motion to
withdraw the notice of appeal and requests the Court dismiss the appeal. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this the 19th day of November, 2009.